No. 00–1461. IN RE THOMPSON. Cir. Ct. Ore., 12th Jud. Dist. Petition for writ of common-law certiorari denied.

No. 00–9418. IN RE COPELAND;
No. 00–9442. IN RE ALEXANDER; and
No. 00–9560. IN RE CHRONISTER. Petitions for writs of habeas corpus denied.

No. 00–9481. IN RE HAWKINS. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 00–9251. IN RE ROATH; and
No. 00–9297. IN RE DOWDY. Petitions for writs of mandamus denied.

No. 00–8774. IN RE BEEDLE ET AL. Petition for writ of mandamus and/or prohibition denied.

No. 00–1187. McKUNE, WARDEN, ET AL. *v.* LILE. C. A. 10th Cir. Certiorari granted.

No. 00–1214. ALABAMA *v.* SHELTON. Sup. Ct. Ala. Certiorari granted.

No. 00–1260. UNITED STATES *v.* KNIGHTS. C. A. 9th Cir. Motion of Rutherford Institute for leave to file a brief as *amicus curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 00–1107. GOLDMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–1125. ALLIED LOCAL AND REGIONAL MANUFACTURERS CAUCUS ET AL: *v.* ENVIRONMENTAL PROTECTION AGENCY. C. A. D. C. Cir. Certiorari denied.